1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GONZALEZ, SR., MARTIN GONZALEZ, JR. and JOSE GONZALEZ, | ) CASE NO. CV08-3107 ODW (SHx)<br>) Assigned for All Purposes to:<br>) Hon. Otis D. Wright II<br>) |
| Plaintiffs, | ) **ORDER RE STIPULATED**<br>) **PROTECTIVE ORDER** |
| v. | ) |
| CITY OF MAYWOOD, MAYWOOD-CUDAHY POLICE DEPARTMENT, BRUCE LEFLAR, PAUL PINE, MARTINEZ, MENCHACA, URBINA, SIERCKE and DOES 1-30, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) *(For Determination By Magistrate Judge*<br>) *Stephen J. Hillman)*<br>) |

///

## ORDER ON STIPULATION FOR PROTECTIVE ORDER

1 After full consideration, the requested protective order is hereby issued, with
2 all parties bound by the Agreement to be Bound by Confidentiality Stipulation,
3 attached as Exhibit A to the Stipulation and Protective Order.

5 DATED: November 12, 2009        /S/ _____
                                 *Hon. Stephen J. Hillman*
                                 *Magistrate Judge of the United States*
                                 *District Court*