**ROBERT MANN**, SBN 48293
**DONALD W. COOK**, SBN 116666
ATTORNEYS AT LAW
E-Mail: manncook@earthlink.net
3435 Wilshire Boulevard., Suite 2900
Los Angeles, California 90010
Telephone: (213) 252-9444
Facsimile: (213) 252-0091

**CYNTHIA ANDERSON-BARKER**, SBN 175764
LAW OFFICE OF CYNTHIA ANDERSON-BARKER
E-Mail: cablaw@hotmail.com
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
(213) 381-3246

**ELLEN HAMMILL ELLISON**, SBN 141429
LAW OFFICE OF ELLEN HAMMILL ELLISON
E-Mail: ellenellison1116@yahoo.com
3435 Wilshire Blvd., Suite 2900
Los Angeles, California 90010
(213) 365-8225

**OLU K. ORANGE**, ESQ., SBN 213653
ORANGE LAW OFFICES
E-Mail: o.orange@orangelawoffices.com
3435 Wilshire Blvd., Suite 2900
Los Angeles, California 90010
Telephone: (213) 736-9900
Facsimile: (213) 406-1250

Attorneys for Plaintiffs

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Gonzalez, Sr., Martin Gonzalez, Jr. and Jose Gonzalez,<br><br>Plaintiffs,<br><br>vs.<br><br>City of Maywood, Maywood-Cudahy Police Department, Bruce Leflar, Paul Pine, Martinez, Menchacca, Urbina, Siercke, and Does 1-10,<br><br>Defendants. | Case No. CV08-3107 ODW (SHx)<br><br>*Assigned to Hon. Otis D. Wright II*<br><br>**ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41 (a)(1)] |

Pursuant to the parties' stipulation and F.R.Cv.P. Rule 41(a)(1), the Court hereby dismisses this action with prejudice. The Court retains jurisdiction for 120 days from

1 | this date for the purpose of enforcing the parties' settlement agreement and ruling on
2 | Plaintiffs' Motion for Attorney's Fees.
3 | DATED: October 29, 2010

_____
**HON. OTIS D. WRIGHT II**
Judge, United States District Court